IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01045-MSK-MJW

TORI McMECHAN,

Plaintiff,

v.

TOWN OF NUNN,
BOARD OF TRUSTEES OF THE TOWN OF NUNN, and
JENNY JOHNSON,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Motion for Leave to File Second Amended Complaint (Docket 20), to which no response was filed by the defendants, is granted. The tendered Second Amended Complaint (Docket No. 20-1) is accepted for filing as of the date of this Minute Order.

Date: September 15, 2010