IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01045-MSK-MJW

TORI McMECHAN

    Plaintiff,

v.

TOWN OF NUNN, BOARD OF TRUSTEES OF
THE TOWN OF NUNN, and JENNY JOHNSON

    Defendants.

---

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR IN CAMERA REVIEW
OF THE RECORD OF AN EXECUTIVE SESSION OF BOARD OF TRUSTEES
OF THE TOWN OF NUNN** (DN 33)

---

This matter came before the Court on Plaintiff's Unopposed Motion for an In Camera Review of the Record of an Executive Session of Board of Trustees of the Town of Nunn ("Motion"). The Court has reviewed the pleadings and other relevant filings and finds that it should grant the Motion.

IT IS THEREFORE ORDERED that within ten days from the date of this Order the Town of Nunn and Board of Directors of the Town of Nunn shall provide the Court with an accurate and complete copy of the electronic recording of the executive session held on January 28, 2010 [handwritten insertion: *and a written transcript of the same*,] for an in camera review of the record of the executive session. [handwritten: *The Town of Nunn shall comply with D.C.COLO.LCivR 7.2 when they submit the Electronic Recording and Transcript.*]

IT IS FURTHER ORDERED that if the Town and Board are unable to provide such a recording, they shall file with the Court and serve on Plaintiff a report summarizing their efforts to obtain such a recording, whether such a recording ever existed, what happened to the recording if it is no longer available, and other relevant facts pertaining to any

recording of the executive session. With regard to any portions of the executive session that were not recorded, the Town and Board may provide a signed statement from the attorney that participated in the executive session attesting that all portions of the executive session that were not recorded constituted privileged attorney-client communications in the opinion of the attorney.

Dated this 29th day of November, 2010.

~~United States District Judge~~ / Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO